# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| JESSICA MANFRE-LANE § <br> § <br> v. §    CIVIL ACTION NO. 3:20-CV-2931-S-BH <br> § <br> SOUTH TEXAS DENTAL ASSOCIATES § <br> L.P., et al. § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 58. Defendant STX Healthcare Management Services, Inc. filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objections were made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendant's Motion to Dismiss Pursuant to Federal Rule 12(b)(6) is **DENIED**.

**SO ORDERED.**

SIGNED July 20, 2022.

                                                 _____
                                                 **UNITED STATES DISTRICT JUDGE**